186

[No. 28329-4-I.    Division One.    December 28, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS WADE DICKERSON, *Appellant*.

By an order of the Court of Appeals May 10, 1993, the opinion in the above captioned case which appeared in the advance sheets at 68 Wn. App. 186-91 has been withdrawn. See 69 Wn. App. 744.